IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMARCO POOLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-1094-NJR-DGW |
| ) | |
| DR. J COE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court on the Motion to Request Examination by an Outside Doctor filed on February 17, 2015 (Doc. 21) and the Motion to Amend filed on December 9, 2015 (Doc. 15) by Plaintiff. The Motion to Request Examination is **DENIED WITHOUT PREJUDICE** and the Motion to Amend is, again, **TAKEN UNDER ADVISEMENT.**

Plaintiff requests an independent medical examination pursuant to Federal Rule of Civil Procedure 35. This Rule provides that the Court may order a party to submit to a physical examination if that party's medical condition is in dispute. Plaintiff seeks such an examination in order to establish is current medical state and for additional medical treatment. Rule 35 does not authorize the Court to appoint a medical expert, at Plaintiff's request, to examine the Plaintiff himself; rather, the Rule allows the Court to direct an opposing party to make himself available for examination. If Plaintiff seeks medical care outside the prison, he must locate and retain an appropriate health professional (at his own cost) and coordinate his consultation with that health professional and with prison officials. This Court cannot assist Plaintiff in seeking out a doctor to perform the examination. This Motion is accordingly **DENIED**.

On January 22, 2015, Plaintiff's Motion to Amend was taken under advisement and

Plaintiff was directed to submit his proposed amended complaint by February 23, 2015 (Docs. 19, 20).  Plaintiff has failed to submit a proposed amended complaint by the deadline.  Plaintiff is *sua sponte* **GRANTED** until **March 20, 2015** to submit a proposed amended complaint.  Failure to do so by the new deadline will result in denial of the motion to amend.

**IT IS SO ORDERED.**

**DATED: March 2, 2015**

**DONALD G. WILKERSON**
**United States Magistrate Judge**